IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-938-SLP |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

The Court is in receipt of Plaintiff's Motion to Strike Defendant's Affirmative Defenses [Doc. No. 9]. Following Plaintiff filing his Motion, Defendant Experian Information Solutions, Inc. filed an Amended Answer [Doc. No. 12]. "[A]n amended answer supersedes previous answers, rendering them of no legal effect." *Sinclair Wyoming Ref. Co. v. A & B Builders, Ltd.*, 989 F.3d 747, 776 (10th Cir. 2021) (internal quotations and citation omitted). Therefore, Plaintiff's Motion to Strike [Doc. No. 9] is DENIED AS MOOT.

IT IS SO ORDERED this 30th day of September, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE